IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**GOLDEN GATE NATIONAL**      :
**SENIOR CARE LLC, et al.,**      :
    **Petitioners**      :      No. 1:16-cv-898
     :
    **v.**      :      (Judge Kane)
     :
**DONNA M. BATEMAN,**      :
**Administratrix for the Estate of DORIS**      :
**J. SNYDER, deceased,**      :
    **Respondent**      :

### ORDER

**AND NOW**, on this 10th day of March 2017, **IT IS ORDERED THAT** Petitioners Golden Gate National Senior Care LLC's, et al.,[1] motion to compel arbitration and stay state court proceedings (Doc. No. 7), is **DENIED WITHOUT PREJUDICE** to Petitioners' ability to refile the motion after the parties complete their ongoing, arbitration-related discovery. Respondent Donna Bateman's motion for leave to file a supplemental response in opposition to Petitioners' motion to compel arbitration (Doc. No. 16), is **DENIED AS MOOT**. The parties are directed to file a status update within ten (10) days after the applicable discovery period has ended.

                                                             s/ Yvette Kane
                                                             Yvette Kane, District Judge
                                                             United States District Court
                                                             Middle District of Pennsylvania

---

[1] Petitioners are "Golden Gate National Senior Care, LLC; GGNSC Camp Hill West Shore, LP, d/b/a Golden LivingCenter – West Shore; GGNSC Camp Hill West Shore GP, LLC; GPH Camp Hill West Shore, LP; GGNSC Equity Holdings, LLC; GGNSC Holdings, LLC; GGNSC Administrative Services, LLC; and GGNSC Clinical Services, LLC." (Doc. No. 7 n.1.)